**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware corporation; *et al.*,<br><br>　　　　　Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

This matter arises on the parties' fourth Joint Motion to Extend Discovery Deadlines (docket # 53), filed on November 7, 2006.

A review of the Court's file discloses that this lawsuit was filed on July 15, 2005. (docket # 1) Defendants' Answer was filed on October 28, 2005. Counsels' initial, agreed-upon discovery cutoff as a result of the Rule 26(f) conference was June 12, 2006. (docket # 19 at 4) At the Rule 16 scheduling conference on January 19, 2006, however, the Court likely advised counsel that their June 12, 2006 discovery deadline was overly optimistic and, with the agreement of all counsel, extended and set the discovery deadline to August 31, 2006. On May 9, 2006, May 25, 2006, and September 19, 2006, the Court was asked to modify various deadlines, which it did because good cause was shown, to the current deadline for discovery on November 24, 2006 and a dispositive motion deadline of December 22, 2006. Counsel jointly set forth in the pending motion the extensive discovery

1  conducted to date and ask for yet additional deadline extensions to January 15, 2007 for
2  discovery and February 15, 2007 for dispositive motions.
3    Counsel appear to continue to either underestimate the amount of legal work
4  reasonably necessary to prepare this case for trial or give themselves too little time to do that
5  work. The Court will provide counsel more time to conclude all discovery and file dispositive
6  motions with meaningful deadlines which will not be extended by the Court absent
7  extraordinary cause.
8    Accordingly,
9    **IT IS ORDERED** that the parties' fourth Joint Motion to Extend Discovery
10 Deadlines (docket # 53) is **GRANTED** to the extent that discovery shall be completed by
11 **Friday, March 16, 2007** and all dispositive motions, if any, shall be filed on or before
12 **Monday, April 30, 2007**. No additional extensions of deadlines will be granted by the
13 Court, even upon stipulation of all counsel, absent extraordinary cause.
14   **IT IS FURTHER ORDERED** that the Court's last scheduling order of
15 September 15, 2006 is hereby **AFFIRMED** in all other aspects.
16   DATED this 8th day of November, 2006.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -