**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware corporation; *et al.*,<br><br>　　　　　Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

Pursuant to stipulation and good cause appearing,

**IT IS ORDERED** that the parties' Joint Motion for Extension of Time for Filing of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (docket # 76) is hereby **GRANTED**. Plaintiff's Response shall be filed on or before **Friday**, **May 25, 2007**. Absent good cause shown, Plaintiff's failure to timely respond to the subject Motion may result in the Court's ruling on the subject Motion without consideration of Plaintiff's Response.

Defendants' Reply, if any, shall be filed on or before **Friday**, **June 10, 2007**. Absent good cause shown, failure to timely file Plaintiff's Reply shall result in the Court's

/ / /

/ / /

1  ruling on the subject Motion without consideration of Plaintiff's Reply.

2  DATED this 8th day of November, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge