**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware corporation; *et al.*,<br><br>    Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

Plaintiff seeks leave to file a responsive brief longer than the Local Rules' 17-page limitation to Defendants' pending motion that essentially seeks to preclude Plaintiff's expert from testifying for failure to meet the *Daubert* standard and analysis.

Plaintiff's Motion to Exceed Page Limitation (docket # 78) contends that due to "the large number of claims at issue in the Motion, [Plaintiff] "need[s] to cite sufficient factual background" and "to set forth sufficient legal analysis so as to advise the Court as to why the relief requested therein is unwarranted" and "to separately address Defendant's motion in limine." (*Id*. at 1-2)  Plaintiff fails to inform the Court whether it wishes two additional pages or twenty.

After reviewing the subject motion and Defendant's motion that seeks to preclude the opinions of Plaintiff's "microbiology expert, Alice Weissfeld, [as] unreliable and inadmissible," the Court does not find that more than 17 pages is reasonably necessary

1   to adequately address this single issue and exceed the page limitations set forth in L.R.Civ.
2   7.2. Briefs should be just that; more is not synonymous with better.
3        Good cause not appearing,
4        **IT IS ORDERED** that Plaintiff's Motion to Exceed Page Limitation (docket # 78) is **DENIED**.
5
6        DATED this 25th day of May, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge