**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware corporation; et al.,<br><br>            Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

The Court is in receipt of Defendant Protient's Notice of Agreement Re: Deadline to File Reply in Support of Defendant's Motion for Summary Judgment (docket #83) which the undersigned shall construe as a Stipulation to Extend The Time in which Defendant Protient shall file its Reply to the Plaintiff's Response to Defendant's Motion for Summary Judgment.

**IT IS ORDERED granting** the parties' Stipulation (docket #83) and extending the deadline in which Defendant Protient's Reply to Plaintiff's Response to Defendant Protient's Motion for Summary Judgment shall be filed no later than **Monday, June 11, 2007.**

DATED this 8th day of June, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge