**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware corporation; *et al*.,<br><br>　　　　Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

　　　　Upon review of Defendant's timely-filed Reply and Supplemental Statement of Facts, the Court concludes that Defendant's font size for these documents is less than the minimum 13 point required by the District Court's Local Rules (LRCiv 7.1(b)) and is obviously smaller than the font size used in Defendant's pending Motion for Summary Judgement or Alternatively, Motion to Preclude Expert Testimony. This is not a picayune requirement or violation as the Court and adverse counsel should not be forced to strain to read Defendant's documents and all parties should abide by the same rules and page limitations.

　　　　Rather than not considering Defendant's timely-filed Reply and Supplemental Statement of Facts in the Court's decisional process which is overly harsh for what may be an innocent clerical error, the Court will strike these documents and will grant Defendant

1  limited leave to timely refile the documents by a certain deadline provided the newly-filed
2  documents comply in all aspects with the Local Rules.
3         On the Court's own motion,
4         **IT IS ORDERED** that Defendant's Reply and Supplemental Statement of Facts
5  (docket # 85 and # 86) are hereby **STRICKEN** from the record of this case. Defendant may
6  refile these documents no later than **Monday, June 18, 2007** without substantive changes.
7  Failure to timely refile these documents, which shall comply in all aspects with the Local
8  Rules, may result in the Court's ruling on the pending Motion without consideration of
9  Defendant's Reply and Supplemental Statement of Facts.
10        Chambers shall fax a copy of this Order to counsel of record.
11        DATED this 13th day of June, 2007.

                                            Lawrence O. Anderson
                                            United States Magistrate Judge