**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware corporation; *et al.*,<br><br>    Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

The Court is in receipt of the parties' Notice of Settlement (docket #94).

**IT IS ORDERED** the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Proposed Order on or before **August 27, 20007.** If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **August 27, 2007** on why additional time is necessary to finalize this matter.

**IT IS FURTHER ORDERED vacating** the *Daubert* hearing set for August 10, 2007 at 9:30 a.m.

DATED this 1st day of August, 2007.

Lawrence O. Anderson
United States Magistrate Judge