**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Nutritional Supplements, Inc., an Arizona corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>Protient, Inc., a Delaware Corporation; et al.,<br><br>           Defendants. | No. CV-05-2096-PHX-LOA<br><br>**ORDER** |

In light of the parties' Notice of Settlement (docket #94) and the Court's Order (docket #95) giving the parties to August 27, 2007 within which to submit a Stipulation to Dismiss or a Joint Status Report, the Court will deny Defendant's Motion for Summary Judgment or Alternatively, Motion to Preclude Expert Testimony (docket #74) as moot.

Accordingly,

**IT IS ORDERED denying as moot** Defendant Protient's Motion for Summary Judgment or Alternatively, Motion to Preclude Expert Testimony (docket 74).

DATED this 10th day of August, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge