1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA IN PHOENIX

8   Arizona Nutritional Supplements, Inc.,    )
    an Arizona corporation,                   )   No. CV-05-2096-PHX-LOA
9                                             )
                        Plaintiff,            )
10                                            )
    vs.                                       )   **ORDER OF DISMISSAL**
11                                            )   **WITH PREJUDICE**
    Protient, Inc., a Delaware Corporation; et )
12  al.,                                      )
                                              )
13                      Defendants.           )
                                              )
14  _____  )

15

16          The Court having reviewed and considered the parties' Stipulation to Dismiss With

17  Prejudice pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P.,

18          IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice,

19  each party to bear its own attorneys' fees and costs incurred herein.

20          DATED this 13th day of August, 2007.

21

22                              _Lawrence O. Anderson_

23                              Lawrence O. Anderson
                                United States Magistrate Judge

24

25

26

27

28